UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-CV-61806-BB

DENNIS HAYNES,

    Plaintiff,

v.

SAM ASH MUSIC CORPORATION,

    Defendant.
_____/

**JOINT MOTION FOR APPROVAL OF SETTLEMENT
AND STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff DENNIS HAYNES, and Defendant SAM ASH MUSIC CORPORATION (collectively the "Parties"), by and through their respective undersigned counsel, hereby stipulate that, based upon the settlement reached by the Parties in the above-captioned action, all claims be dismissed with prejudice, with each party to bear its own attorneys' fees, costs and disbursements except as agreed upon by the Parties. As part of this stipulation, the parties request that the Court review the parties' settlement agreement and approve it if the terms meet with the Court's approval, and they request that the Court retain jurisdiction to enforce the terms of the settlement agreement.  Pursuant to *Anago Franchise Financing, Inc., v. Shaz, LLC.*, 677 F.3d 1272 (11th Cir. 2012), the effectiveness of this stipulation for dismissal is contingent upon the Court's approval of their settlement and the Court retaining jurisdiction to enforce the terms and conditions of the settlement agreement. A copy of the settlement agreement will be provided via email to Chambers for *in camera* review.

Dated:  November 27, 2017.

CASE NO.: 17-CV-61806-BB

| | |
|---|---|
| By: ____s/ Philip Michael Cullen, III<br>Philip Michael Cullen, III, Esq.<br>Florida Bar No. 167853<br>E-mail: cullen@thomasbaconlaw.com<br>THOMAS B. BACON, P.A.<br>621 South Federal Highway, Suite 4<br>Ft. Lauderdale, FL 33301<br>Telephone: (954) 462-0600<br>Facsimile: (954) 462-1717<br><br>Thomas B. Bacon, Esq.<br>Florida Bar No. 139262<br>E-mail: tbb@thomasbaconlaw.com<br>THOMAS B. BACON, P.A.<br>644 No. McDonald St.<br>Mt. Dora, FL 32757<br>Telephone: (954) 478-7811<br>*Counsel for Plaintiff* | By: ____s/Mendy Halberstam<br>Mendy Halberstam, Esq.<br>Florida Bar No. 68999<br>E-mail: Mendy.halberstam@jacksonlewis.com<br>JACKSON LEWIS, P.C.<br>One Biscayne Tower, Suite 3500<br>Two South Biscayne Boulevard<br>Miami, Florida 33131-2374<br>Telephone: (305) 577-7600<br>Facsimile: (305) 373-4466<br>*Counsel for Defendant* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 27, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List via transmission of Notice of Electronic Filing generated by CM/ECF and Electronic Mail.

                                        s/ Mendy Halberstam
                                            Mendy Halberstam, Esq.

CASE NO.: 17-CV-61806-BB

# SERVICE LIST
## United States District Court for the Southern District of Florida
*Dennis Haynes v. Sam Ash Music Corporation*

**Case No. 17-CV-61806-BB**

Philip Michael Cullen, III, Esq.
Florida Bar No. 167853
E-mail: cullen@thomasbaconlaw.com
THOMAS B. BACON, P.A.
621 South Federal Highway, Suite 4
Ft. Lauderdale, FL 33301
Telephone: (954) 462-0600
Facsimile: (954) 462-1717

Thomas B. Bacon, Esq.
Florida Bar No. 139262
E-mail: tbb@thomasbaconlaw.com
THOMAS B. BACON, P.A.
644 No. McDonald St.
Mt. Dora, FL 32757
Telephone: (954) 478-7811

*Attorneys for Plaintiff*

Mendy Halberstam, Esq.
Florida Bar No. 68999
E-mail: mendy.halberstam@jacksonlewis.com
JACKSON LEWIS P.C.
One Biscayne Tower, Suite 3500
2 South Biscayne Boulevard
Miami, FL 33131
Telephone: 305-577-7600
Facsimile: 305-373-4466

*Attorneys for Defendant*

4825-5263-5731, v. 1