UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-cv-61806-BLOOM/Valle

DENNIS HAYNES,

    Plaintiff,

v.

SAM ASH MUSIC CORPORATION,

    Defendant.

_____/

**ORDER APPROVING SETTLEMENT AND DISMISSING CASE WITH PREJUDICE**

**THIS CAUSE** is before the Court upon the parties' Joint Motion for Approval of Settlement and Stipulation of Dismissal with Prejudice, ECF Nos. [13]. The Court, having considered the parties' Joint Stipulation and reviewed the record as well as the parties' Settlement Agreement, it is hereby **ORDERED AND ADJUDGED** that

1. The Motion, ECF No [13], is **GRANTED**. The Court approves the parties' Settlement Agreement.

2. This case is **DISMISSED WITH PREJUDICE**, with each party to bear their own attorneys' fees and costs.[1]

3. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Miami, Florida this 27th day of November, 2017.

                                        **BETH BLOOM**
                                        **UNITED STATES DISTRICT JUDGE**

---

[1] Notwithstanding the parties' agreement for Defendant to pay a certain amount of Plaintiff's attorneys' fees and expenses.

Case No. 17-cv-61806-BLOOM/Valle

Cc: Counsel of Record